## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| JAMES E. NOBLES, | § | |
| Petitioner, | § | |
| | § | 3:10-CV-2296-K |
| v. | § | |
| | § | |
| DALLAS COUNTY DISTRICT | § | |
| ATTORNEY'S OFFICE, | § | |
| Respondent. | § | |

### ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court. Petitioner's Response filed on December 21, 2010, which the Court treats as Objections to the Findings, Conclusions and Recommendation of the Magistrate Judge, are hereby **OVERRULED**.

**SO ORDERED.**

Signed this 5th day of January, 2011.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE